UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK,<br><br>    Plaintiff,<br><br>    v.<br><br>ANY MERCED INC.,<br><br>    Defendant. | **Case No.  1:21-cv-01251-JLT-EPG**<br><br>**ORDER ADOPTING FINDINGS AND RECOMMEDNATIONS AND DENYING MOTION FOR DEFAULT JUDGMENT**<br><br>**(Docs. 26, 29, 30)** |

The assigned magistrate judge issued findings and recommendations that Plaintiff's motion for default judgment be denied for failure to establish service upon Defendant.  (Doc. 30.) The findings and recommendations were served on Plaintiff. (*Id*.) It contained notice that the parties must file objections, if any, within 14 days.  (*Id.*)  To date, Plaintiff has filed no objections, and the time to do so has expired.

According to 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis. Thus,

1.    The findings and recommendations issued on June 29, 2022 (Doc. 30) are **ADOPTED IN FULL**.

2.    Plaintiff's motion for default judgment (Docs. 26, 29) is **DENIED**.

///

1

3. This matter is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 15, 2022**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE