UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENDRICK BLOCK, | Case No. 1:21-cv-01251-JLT-EPG |
| Plaintiff, | ORDER FOR PLAINTIFF TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLETE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(m) |
| v. | |
| ANY MERCED INC., | |
| Defendant. | (ECF No. 31) |
| | 14 DAY DEADLINE |

On August 17, 2021, Plaintiff filed this action under the American with Disabilities Act and California's Unruh Act, alleging that he is disabled and encountered barriers at Defendant's facility which denied Plaintiff the ability to use and enjoy the goods, services, privileges and accommodations offered at the facility. (ECF No. 1).

Plaintiff has twice moved for default judgment, with this Court issuing, and the District Judge adopting, two findings and recommendations, recommending that default judgment be denied based on Plaintiff's failure to establish service on Defendant. (ECF Nos. 8, 15, 18, 26, 30, 31). For the reasons given below, the Court orders Plaintiff to show cause why this action should not be dismissed without prejudice for failure to complete service pursuant to Federal Rule of Civil Procedure 4(m) and this Court's order.

Under Federal Rule of Civil Procedure 4(m), "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must

dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m).  However, "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

After the District Judge denied Plaintiff's initial motion for default judgment, the Court extended the time for Plaintiff to serve Defendant to April 22, 2022, warning Plaintiff that this action may be dismissed without prejudice if Defendant was not served by this date. (ECF Nos. 18, 19). Because Plaintiff, through the adjudication of Plaintiff's subsequent motion for default judgment has failed to show that service was ever achieved on Defendant in this case by April 22, 2022, the extended time period for service has expired without service being achieved.

Accordingly, IT IS ORDERED as follows:

No later than 14 days from the date of this order, Plaintiff shall show cause why this action should not be dismissed without prejudice for failure to complete service pursuant to Federal Rule of Civil Procedure 4(m) and this Court's January 24, 2022 order (ECF No. 19).

IT IS SO ORDERED.

Dated: **July 18, 2022**                          /s/ Erica P. Grosjean
                                                            UNITED STATES MAGISTRATE JUDGE